UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANATRON, INC. dba THOMSON REUTERS TAX & ACCOUNTING, GOVERNMENT, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a governmental subdivision of Washington State; COWLITZ COUNTY, a governmental subdivision of Washington State; and TYLER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | NO. 2:17-cv-00959<br><br>**DECLARATION OF SERVICE** |

I, Judith A. Endejan, hereby certify and declare as follows:

1. I am over the age of 18 years, have personal knowledge of the information contained in this declaration, and am competent to testify if called as a witness.

2. On June 22, 2017, at approximately 3 pm I provided notice pursuant to LCR 65(b) to representatives of each defendant at the following e-mail addresses:

For Snohomish County: Sara Di Vittorio at Sara.DiVittorio@co.snohomish.wa.us, Snohomish County Prosecutor's Office, (425)388-6343.

For Cowlitz County: Doug Jensen at jensend@co.cowlitz.wa.us, Cowlitz County

DECLARATION OF SERVICE RE MOTION FOR TEMPORARY RESTRAINING ORDER - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  Prosecutor's Office, (360)577-3080.

2       For Tyler Technologies, Inc.:  Andrea Fravert at andrea.fravert@tylertech.com, (800)
3  772-2260 ext. 4642.

4       3.      Service upon the corporate agent for Tyler Technologies will be made, once a
5  summons is issued, upon its registered corporate agent.

6       Service upon Snohomish and Cowlitz Counties will be made by serving each County's
7  Auditor pursuant to RCW 4.28.08.

8       The documents to be served upon the noticed parties are:

9  1. Complaint for Injunctive Relief
   2. Summons to Snohomish County
10 3. Summons to Cowlitz County
   4. Summons to Tyler Technologies, Inc.
11 5. Civil Cover Sheet
   6. Motion for Temporary Restraining Order
12 7. Declaration of Jane Pope
   8. Proposed Order
13 9. Declaration of Service

14     I declare under penalty of perjury that the foregoing is true and correct.

15     EXECUTED the 22nd day of June, 2017, at Seattle, WA.

16

17                    *s/Judith A. Endejan*
                      Judith A. Endejan

18

19 GSB:8796435.1

---

DECLARATION OF SERVICE RE MOTION FOR TEMPORARY
RESTRAINING ORDER - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939