UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANATRON, INC. dba THOMSON REUTERS TAX & ACCOUNTING, GOVERNMENT,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, COWLITZ COUNTY, and TYLER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | NO. 2:17-cv-00959<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Manatron, Inc. dba Thomson Reuters Tax & Accounting, Government, a non-governmental corporate party, certifies that Thomson Reuters Corp., a publicly held corporation, is its parent corporation, owning 100% of its stock.

DATED this 22nd day of June, 2017.

GARVEY SCHUBERT BARER

By   *s/Judith A. Endejan*
     Judith A. Endejan, WSBA #11016
     Attorneys for Plaintiff

GSB:8795892.1

CORPORATE DISCLOSURE STATEMENT - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939