UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANATRON, INC. dba THOMSON REUTERS TAX & ACCOUNTING, GOVERNMENT, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a governmental subdivision of Washington State; COWLITZ COUNTY, a governmental subdivision of Washington State; and TYLER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | Case No. C17-959RSM<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Plaintiff's Motion for Temporary Restraining Order ("TRO"), Dkt #2. Plaintiff moves the Court to issue a TRO "restraining Defendants Snohomish County and Cowlitz County (collectively "Counties"), from disclosing and/or making public [Plaintiff's] Responses to Snohomish County Request for Proposal ("RFP") #21-16SB and Cowlitz County RFP #05-2016 ("Responses"), which the Counties intend to disclose on June 22 and June 30, 2017 to Tyler Technologies, Inc. ("Tyler") a key competitor." *Id.* at 2.

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

"Motions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted." LCR 65(b)(1). "The Court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; *and the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required*." Fed. R. Civ. P. 65(b)(1) (emphasis added). Unless these requirements are satisfied, "the moving party must serve all motion papers on the opposing party before or contemporaneously with the filing of the motion *and include a certificate of service with the motion*." LCR 65(b)(1) (emphasis added).

The Court has examined Plaintiff's Motion and finds that Plaintiff has not attached a certificate of service nor requested issuance without notice. Instead, Plaintiff has attached a "Declaration of Service" indicating that Plaintiff has emailed copies of this TRO to Defendants and will properly serve them at a later date. Dkt. #4. Plaintiff fails to attach any waiver of service. The Court finds that Plaintiff's Declaration of Service fails to satisfy the notice requirements of LCR 65(b)(1). By acknowledging that service will be accomplished at a later date, Plaintiff seems to admit that it has not properly given notice to Defendants, yet fails to provide the reasons why notice should not be required. The Court therefore concludes that Plaintiff has failed to satisfy the above procedural requirements for a TRO and will deny this Motion on that ground alone.

The record shows that Plaintiff has been in communication with Defendants Snohomish County and Tyler Technologies, Inc. about the records at issue in this case. *See* Dkt. #3 at ¶7

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2

(Declaration of Jane Pope). Plaintiff has negotiated to delay the release of those records from June 8, 2017, to June 22, 2017. *Id.* However, Plaintiff has apparently waited until the last possible moment, 3:21 PM on June 22, 2017, to request a TRO from the Court. *See* Receipt for Dkt. #2. If Snohomish County has not already released the records at issue, it would not have been possible for the Court to review Plaintiff's Motion and issue an Order by June 22, 2017. Accordingly, that portion of Plaintiff's TRO appears to be futile. The Court notes that Plaintiff is free to refile this Motion after satisfying the above procedural requirements.

Having considered Plaintiff's Motion and the remainder of the record, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion for Temporary Restraining Order, Dkt. #2, is DENIED.

(2) Plaintiff is DIRECTED to serve a copy of this Order on Defendants.

DATED this 23rd day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 3