UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANATRON, INC. dba THOMSON REUTERS TAX & ACCOUNTING, GOVERNMENT, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a governmental subdivision of Washington State; COWLITZ COUNTY, a governmental subdivision of Washington State; and TYLER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | NO. 2:17-cv-00959-RSM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Manatron, Inc. dba Thomson Reuters Tax & Accounting, Government, by and through its undersigned counsel, hereby gives notice that this action is **DISMISSED WITHOUT PREJUDICE**, as settled, with each party to bear its own costs.

DATED this 23rd day of June, 2017.

GARVEY SCHUBERT BARER

By *s/Judith A. Endejan*
Judith A. Endejan, WSBA #11016
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Email: jendejan@gsblaw.com
*Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served a true and correct copy on the following defendants, who have not appeared, in the manner indicated:

***Via Email and Regular U.S. Mail:***

Cowlitz County
Doug Jensen, Assistant Prosecuting Attorney
jensend@co.cowlitz.wa.us
312 1st Ave S
Kelso, WA 98626

Snohomish County
Sara Di Vittorio, Assistant Prosecuting Attorney
Sara.DiVittorio@co.snohomish.wa.us
3000 Rockefeller Ave.
Everett, WA 98201

Tyler Technologies, Inc.
Andrea Fravert
andrea.fravert@tylertech.com
One Tyler Drive
Yarmouth, ME 04096

Dated: June 23, 2017.

                                        *s/Leslie Boston*
                                        Leslie Boston, Legal Assistant

GSB:8797587.1 [23806.00100]

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939